## No. 5769.

### JOHN A. STAIGER ET AL. VS. PHILIP HEFT ET AL.

If a debtor makes an onerous contract with intent to defraud his creditors, but the person with whom he contracts is in good faith, it cannot be annulled unless the value of the property transferred by such contract exceed by one-fifth the price given for it, in which event the creditors may have the contract annulled and take back the property on paying the price or value of the same with interest.

APPEAL from the Fifth District Court of New Orleans.    CULLOM, J.

· *Braughn, Buck & Dinkelspiel* for Plaintiffs.    *Schmidt* for Defendant Appellants.

MARR, J., delivered the opinion reversing the judgment.

## No. 5218.

### HENRY PINARD VS. M. M. GEORGE.

The sequestration of furniture for payment of the price of it is too clearly authorized to admit of dispute, and where the defence, that the price was payable in instalments, is not sustained, judgment must be rendered for the full amount.

APPEAL from the Fourth District Court of New Orleans.    LYNCH, J.

*Louque* and *Michel* for Plaintiff.    *Rice* for Defendant Appellant.

SPENCER, J., delivered the opinion increasing the judgment for plaintiff.